JEANIE F. PAGE, Respondent, *v.* HENRY W. A. PAGE, Appellant.

*Page* v. *Page*, 124 App. Div. 421, affirmed.
(Argued March 26, 1909; decided April 9, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 11, 1908, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action for a limited divorce.

*L. E. Warren* for appellant.

*W. M. K. Olcott* and *T. B. Chancellor* for respondent.

Judgment affirmed, with costs, on opinion below.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and HISCOCK, JJ.